**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-cr-152 (ABJ) |
| | : | |
| | : | |
| ROBERT PATRICK SMITH, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S SUPPLEMENTAL MOTION IN OPPOSITION TO DEFENDANT
SMITH'S MOTION TO VACATE ORDER OF DETENTION**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully submits this supplement to its Memorandum in Opposition to

Defendant Robert Patrick Smith's Motion for Reconsideration of Pretrial Detention Order and

Request for Hearing (ECF no. 16 and 17) to comply with the Court's Minute Order from August

11, 2023. As discussed below, this Court should once again order that the Defendant be held

without bond pending the resolution of this case. In support thereof, the Government submit as

follows.

**Additional Information**

As part of the investigation into Robert Patrick Smith's ("Defendant") narcotics and firearms

trafficking, the Federal Bureau of Investigation ("FBI"), and the United States Attorney's Office for

the District of Columbia, have obtained various communications from the Defendant's Instagram

social media accounts as well as from his cellphone. The Government is continuing to review the

evidence but has identified several pertinent conversations related to his narcotics and firearms

trafficking. Below are some of those conversations:

On May 3, 2021, a user named "1lulfour" sends a message to Defendant's Instagram account

"SneakyBandz__" requesting an "iron." The FBI knows "iron" to be a codeword for a firearm.

Defendant responds, "I got you bitch" indicating that he will provide the firearm to "1lulfour." The

conversation image is below.



On May 6, 2023, the same user "1lulfour" sent a message to Defendant stating, "Nah that n**** bluffing doe he ran from me [emoji]," and "Let's take a trip around ski [emoji]." The Defendant responds, "I'm bout to be right there." The FBI believes that this message indicates that, after Defendant agreed to provide a firearm, "1lulfour" approached another individual who ran away and that the Defendant and "1lulfour" will look for him. The conversation image is below.



On October 17, 2020, the Defendant has a conversation with another Instagram user

"sunndawg" wherein they discuss loaded firearms and converter switches which enable a firearm to be converted to a machinegun. The Defendant says, "Cruddy" to which Instagram user "sunndawg" responds, "I hope u loaded sonson." Defendant responds, "My shit say fully Sonson." Instagram user "sunndawg" responds, "[emoji, emoji] Onna code I had da 21 wit da switch I'm trying find another switch for my 22." Defendant responds, "Yeah." Instagram user "sunndawg" responds, "Ima get up wit you doe slime be smart [emoji]." Defendant responds, "You too stay dangerous [emoji]." The FBI believes this conversation indicates that the Defendant was carrying a loaded firearm and that "sunndawg" was looking to find an additional converter switch to make his firearm (22) a machinegun. The conversation image is below.



In multiple text message conversations, the Defendant discusses the sale of other controlled substances and is consistently negotiating prices with individuals who are interested in purchasing or selling bulk narcotics to the Defendant for the Defendant to redistribute. For example, on March 31, 2023, the Defendant attempts to teach an individual using phone number 240-721-0153 (Unc Tj) how to be more effective as a drug dealer. Unc Tj says, "I be done soon tho I got 14 zips ima re by the time I'm on my last hp or cute." Defendant responds, "Ite but U can lower the price to make quick flips nd that's how u going take off. On April 3, 2023, Unc Tj seems to purchase more narcotics from Defendant. Unc Tj says, "Same as last time ima give you 6 bring 2 and wen I'm done bring 2 more and ima have dat other backend for you." Defendant responds, "U going owe 350 on the backend."

The very next day, Defendant appears to discuss selling firearms to Unc Tj. Defendant texts Unc Tj and says, "I got sticks for sale." Unc Tj responds, "Oh dam & that lost joint you sold me couldn't even keep the clip in I told you boout wat almost happen. *Last." Defendant responds, "I told you that was a ghost I got gen 5 26 nd a drac for sale. What time u coming back." Law enforcement knows "drac" to be codeword for the Draco firearm that defendant was apprehended with and "gen 5 26" to be another type of firearm.



The above conversation shows that the Defendant was offering two separate firearms for sale to "Unc TJ" illustrating his familiarity with different types of firearms.

On April 1, 2022, an Instagram user with the identifier "4378736708" messages the Defendant on Instagram and states, "Aye cuz who got a iron." Defendant responds, "I'm going find u one when u going come hang wit me." The FBI knows that "iron" is a codeword for firearm and that the Defendant is saying that he will find a firearm for the other individual. Included in the conversation thread is a previous discussion of the sale of Percocet pills where the Defendant seems to be saying he will sell Percocet pills for $20 in United States Currency. The conversation image is below.



FBI also found an additional conversation from the Defendant's cell phone between himself, and a phone contact named "J5", that occurred on March 22, 2023, wherein the Defendant is asked for a "bike." The FBI knows "bike" to be a codeword for a firearm. The Defendant tells "J5" that " I'm sharp I got you I just be moving like. Shit nd when I'm outside I be cutting my phone off." The FBI believes that the Defendant is saying that he will provide a firearm to "J5."





Later on in the conversation, "J5" asks the Defendant if he has it with him. The

Defendant responds, "I keep 2 s on me at all times no bap."





The FBI believes that the Defendant is responding that he always keeps two firearms on him and that he is not lying (no bap).

Additionally, the Defendant posted various images to his Instagram accounts wherein he is marketing narcotics for distribution or, in one image from December 26, 2020, seemingly cooking cocaine base. These images are depicted below.



In the above picture, the Defendant appears to be creating cocaine base while a large package of marijuana is adjacent to him along with a digital scale. He captions the image, "I could have went to Yale!! [emoji, emoji, emoji] But the Scale [emoji, emoji] was my holy grail [emoji] #freedacruddy [emoji, emoji] @llmydawgs [emoji] 41!! #Dondada #merrytrapmas [emoji, emoji]. The FBI believes that he is saying that

he is smart enough to have enrolled in Yale University, a prestigious institution[1], but that being a drug dealer is more prestigious.

In some of the images, he posts pictures of pills or images of the letter "M" and a box. The FBI knows "M" and box to be a reference to Percocet pills similar to the pills the defendant was arrested with on October 30, 2021. The Percocet pills are typically stamped with an "M" surrounded by a box which is where the reference comes from. Some of the images are depicted below.





The Government has also obtained numerous social media and cell phone conversations related to the Defendant's sale of the Percocet pills. Some of those

---

[1] Yale University is a private university in New Haven, Connecticut and one of the eight Ivy League schools that is widely regarded for their high academic standards, selectivity in admissions, and social prestige. "Yale University." Edited by Amy McKenna, *Encyclopædia Britannica*, 20 July 1998, www.britannica.com/topic/Yale-University.

messages are depicted below.

**Author** doodiefrmda0 (Instagram: 19206666890)
**Sent** 2021-06-25 19:27:32 UTC
**Body** When u tryna get in the Stu

**Author** doodiefrmda0 (Instagram: 19206666890)
**Sent** 2021-06-27 19:33:33 UTC
**Body** Where them 30s at slime

**Author** sneakybandz__ (Instagram: 41541848164)
**Sent** 2021-06-27 19:45:52 UTC
**Body** I got em

**Author** doodiefrmda0 (Instagram: 19206666890)
**Sent** 2021-06-27 19:46:14 UTC

| Meta Platforms Business Record | Page 1918 |
|---|---|

**Body**
Ite I'm bout to come get one imma text you when I get on this side

**Author** sneakybandz__ (Instagram: 41541848164)
**Sent** 2021-06-27 19:46:22 UTC
**Body** Ite

**Author** doodiefrmda0 (Instagram: 19206666890)
**Sent** 2021-06-27 19:46:40 UTC
**Body** How much your pills

**Author** sneakybandz__ (Instagram: 41541848164)
**Sent** 2021-06-27 19:49:20 UTC
**Body** 15

**Author** doodiefrmda0 (Instagram: 19206666890)
**Sent** 2021-06-27 19:49:45 UTC
**Body** Ite

**Author** doodiefrmda0 (Instagram: 19206666890)
**Sent** 2021-06-27 20:32:31 UTC
**Body** Aye bro

**Author** doodiefrmda0 (Instagram: 19206666890)
**Sent** 2021-06-27 20:49:19 UTC
**Body** Wya imma round here

**Author** sneakybandz__ (Instagram: 41541848164)
**Sent** 2021-06-27 20:51:41 UTC
**Body** Come down paradise

In the above message, the Defendant, utilizing his Instagram account handle "sneakybandz__", infroms Instagram user "doodiefrmda0" that he sells the pills for $15.

In cell phone conversations, the Defendant is seen selling Percocet pills as well. For example, in one conversation in July 19, 2023, the Defendant is asked if he could provide "6 ercs" and he responds, "Bet Gotchu." The FBI knows "ercs" to be shorthand for Percocet pills.



The Government has obtained evidence that the Defendant knowingly sold fake Percocet pills that contained fentanyl. For example, on September 10, 2021, in an Instagram conversation between an individual using Instagram vanity name "thai.keema" and the Defendant utilizing the Instagram account "sneaky__bandz*",* the Defendant explains the "M Box" pills he sells are fake and are in fact fentanyl pills. That conversation is detailed below.



Based on the information that the Government and the FBI has reviewed thus far, the Defendant does not always inform purchasing individuals that the pills contain fentanyl.

Additionally, the Defendant's indictment has been superseded with regard to his October 2021 arrest wherein he possessed a machinegun, marijuana, and Percocet pills containing fentanyl. As a felon, he was prohibited from possessing a firearm during the October 30, 2021, arrest or at the time of his May 1, 2023, arrest. The Government has uploaded additional material onto USAfx to comply with the Court's Minute Order including the Defendant's prior conviction related documents[2]. Given the Defendant's firearms arrests, conversations detailing firearms trafficking, and his possession of

---

[2] The Government has added those documents as attachments to this supplement to ensure it complies with the Court's Minute Order.

distributable amount of various narcotics, to include fentanly, the Government believes there is no condition or combination of conditions that will reasonably assure the safety of any other person and the community and that the Defendant should remain detained pending trial.

## CONCLUSION

**WHEREFORE**, we respectfully request that the Court deny the Defendant's Motion to Vacate the Order of Detention.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar 481052

By:  */s/ Christopher Marin*
CHRISTOPHER MARIN
Assistant United States Attorney
N.Y. Bar Number 5530068
United States Attorney's Office
601 D Street, NW
Washington, D.C.  20530
Telephone: 202-252-2644
Email: Christopher.Marin@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the electronic case filing system this 16th day of August, 2023.

*/s/ Christopher Marin*
CHRISTOPHER MARIN
Assistant United States Attorney