UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROBERT SMITH,**<br>            *Defendant*. | Crim. No. 23-cr-152 (ABJ) |

**CONSENT MOTION TO CONTINUE SUPPRESSION HEARING**

Defendant Robert Smith, through counsel, respectfully requests a continuance of the suppression hearing, currently scheduled for March 7, 2024, to a date from mid-April to early May 2024. The government consents to this motion. No extension is requested for the briefing schedule. In support of this motion, counsel states as follows.

1. On May 5, 2023, Defendant Robert Smith was indicted for two counts of drug and firearm offenses stemming from a warrantless search on May 1, 2023. He retained counsel and filed a motion to suppress evidence from the search. Dkt. 20.

2. On August 15, 2023, a superseding indictment was filed charging Mr. Smith with nine counts of drug and firearms offenses. The superseding indictment included charges from the May 1, 2023 arrest, as well as from a separate warrantless search on October 30, 2021.

3. Mr. Smith obtained new counsel in October 2023, and the case was continued to permit counsel to review discovery and engage in plea discussions with the government. A status conference was held on January 24, 2024.

4. At the status conference, Mr. Smith indicated his desire to file a motion to suppress

evidence from the October 30, 2021 search.[1] The parties requested the earliest possible hearing date due to Mr. Smith's desire to minimize the length of his detention during motions practice. The Court set the hearing for March 7, 2024, with the motion to suppress due on February 2, 2024.

5. On February 16, 2024, counsel met with Mr. Smith to deliver the government's opposition brief and discuss the March hearing. At that meeting, counsel learned of the need for important additional factual investigation regarding the October 2023 search, including the need to obtain medical records from multiple sources and interview and subpoena new witnesses.

6. Given counsel's substantial preexisting obligations and the need for an investigator to get up to speed and locate witnesses, counsel believes that additional time is needed to complete this process, especially since the new October 2021 charges carry a mandatory minimum sentence of thirty years. Mr. Smith understands that this will require additional time incarcerated, and he consents to the tolling of time under the Speedy Trial Act (time is already tolled by the filing of his motion).

7. Counsel for Mr. Smith is available on any date in April or May. The government is also available at the following dates and times: 4/1–4/3; 4/10–4/11; 4/12 (afternoon only); 4/13–4/15; 4/16–4/17 (afternoons only); 4/18–4/23; 4/24 (afternoon only); 4/25–4/28; 4/29–4/30 (afternoons only); 5/1–5/2; 5/3 (afternoon only); 5/4–5/6; 5/7–5/8 (afternoons only); 5/9; 5/10 (afternoon only); 5/11–5/14; 5/15 (morning only); 5/16–5/20; 5/21 (afternoon only); 5/22; 5/23 (afternoon only); and 5/24–5/31.

WHEREFORE, for the foregoing reasons, Mr. Smith respectfully requests a continuance of the March 7, 2023 suppression hearing to another date from mid-April to early May.

---

[1] The October 2021 arrest had originally been no-papered, presumably because of problems with the warrantless search.

| | |
|---|---|
| February 18, 2024 | Respectfully submitted,<br><br>/s/ Matthew J. Peed<br>Matthew J. Peed (D.C. Bar No. 503328)<br>CLINTON & PEED<br>1775 I St. NW, Suite 1150<br>Washington, D.C. 20006<br>(202) 919-9491 (tel)<br>(202) 587-5610 (fax)<br><br>*Counsel for Defendant Robert Smith* |